AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

FILED
CHARLOTTE, NC
JUL 01 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| United States of America<br>v.<br><br>JOSE DE LA CRUZ-LOPEZ<br>*Defendant(s)* | Case No. 3:25-mj-172-SCR |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 21, 2022 in the county of GASTON in the WESTERN District of NORTH CAROLINA, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 42 U.S.C. § 408(a)(7)(B) | MISUSE OF SOCIAL SECURITY NUMBER |
| 18 U.S.C. § 1546(b) | FALSE STATEMENT OR DOCUMENT IN IMMIGRATION MATTER |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☒ Continued on the attached sheet.

/s/ *Luis Salinas*
*Complainant's signature*

Luis Salinas, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/01/2025

*Judge's signature*

City and state: Charlotte, North Carolina

The Hon. Susan C. Rodriguez, U.S. Magistrate Judge
*Printed name and title*

Case 3:25-cr-00179-MOC-DCK   Document 3   Filed 07/01/25   Page 1 of 1